IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
_____

ALICIA M. GARAFALO,

                          Plaintiff,

                                                    Civil Action No.
          vs.                                       1:11-CV-87 (MAD/RFT)

CITY OF SARATOGA SPRINGS, NEW YORK;
COMMISSIONER OF PUBLIC SAFETY FOR THE
CITY OF SARATOGA SPRINGS, NEW YORK;
CITY OF SARATOGA SPRINGS, NEW YORK POLICE
DEPARTMENT; EDWARD F. MOORE; and
MICHAEL J. WELCH;

                          Defendants.
_____

APPEARANCES:                                OF COUNSEL:

Tabner, Ryan Law Firm                       Thomas R. Fallati, Esq.
18 Corporate Woods Blvd.
Albany, NY 12211-2605
*Attorney for Plaintiff*

Bailey, Kelleher Law Firm                   Nannette R. Kelleher, Esq.
Pine West Plaza 5                           William C. Firth, Esq.
Suite 507
Washington Ave. Extension
Albany, NY 12205
*Attorney for Defendants*

**Mae A. D'Agostino, U.S. District Judge**

JUDGMENT DISMISSING ACTION
BASED UPON SETTLEMENT

          The Court has been advised that this action has been settled, or is in the process of being

settled.   Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

          ORDERED, as follows:

1)  The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within sixty days of the date of the filing of this order upon a showing that the settlement was not consummated;

2)  The dismissal of the above captioned case shall become **with prejudice** on the sixty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within sixty days of the date of filing of this order upon a showing that the settlement was not consummated. Upon completion of settlement, the parties are directed to exchange general releases and file a **Stipulation of Discontinuance** with the Court that must include language **"<u>that no party hereto is an infant or incompetent</u>**" in compliance with N.D.N.Y.L.R. 41.3; and

3)  The Clerk shall serve copies of this Judgment upon counsel in this matter by electronic means.

Dated: October 30, 2013
Albany, New York

**Mae A. D'Agostino**
**U.S. District Judge**